United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Sharon Walker  
    Debtor

Case No. 22-11185-rdt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0860-4      User: admin      Page 1 of 3  
Date Rcvd: May 09, 2022      Form ID: 309A      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Walker, P.O. Box 116, Bryant, AR 72089-0116 |
| 6758305 | + | ARK Educ Assn FCU, 1500 W. 4th Street, Little Rock, AR 72201-1018 |
| 6758313 | + | Direct Loan Services System, P.O. Bxo 5609, Greenville, TX 75403-5609 |
| 6758315 | + | Freedom Mortgage, P.O. Box 7230, Pasadena, CA 91109-7230 |
| 6758319 | + | Loandepot.com, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 6758322 | | Nationstar Mortgage LLC., 8950 Cypress Waters Blvd., Irving, TX 75063 |
| 6758326 | + | The Bank of Missouri-Total Vis, P.O. Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: skeltonandstevens@outlook.com | May 09 2022 21:52:00 | Mickey Lynn Stevens, American Bankruptcy Associates PLLC., Skelton & Stevens Legal Group PLLC., 2615 N. Prickett Road Suite 2, Bryant, AR 72022 |
| tr | + | EDI: FHMMITCHELL | May 10 2022 01:48:00 | Hamilton M Mitchell, Chapter 7 Panel Trustee, <b>Teleconf 877-915-4975 code1176945</b>, 1204 N. Polk St, Little Rock, AR 72205-1737 |
| ust | + | Email/Text: USTPRegion13.LR.ECF@usdoj.gov | May 09 2022 21:52:00 | U.S. Trustee (ust), Office Of U. S. Trustee, 200 W Capitol, Ste. 1200, Little Rock, AR 72201-3618 |
| 6758306 | | Email/Text: bankruptcy@afcu.org | May 09 2022 21:53:00 | Arkansas Federal Credit Union, P.O. Box 9, Jacksonville, AR 72076 |
| 6758301 | + | EDI: GMACFS.COM | May 10 2022 01:48:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 6758302 | + | Email/Text: bankruptcy@acacceptance.com | May 09 2022 21:53:00 | American Credit Acceptance, 961 E. Main Street 2nd Floor, Spartanburg, SC 29302-2185 |
| 6758303 | + | Email/PDF: bncnotices@becket-lee.com | May 09 2022 21:58:45 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 6758308 | + | Email/Text: atfcu@sbcglobal.net | May 09 2022 21:53:00 | Arkansas Teachers Federal CU, P.O. Box 2518, Little Rock, AR 72203-2518 |
| 6758310 | + | EDI: CITICORP.COM | May 10 2022 01:48:00 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 6758311 | + | EDI: WFNNB.COM | May 10 2022 01:48:00 | Comenity Bank/VCTRSSEC, P.O. Box 182789, Columbus, OH 43218-2789 |
| 6758312 | + | EDI: WFNNB.COM | May 10 2022 01:48:00 | Comenitybank/Talbots, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 6758314 | + | Email/Text: bncnotifications@pheaa.org | May 09 2022 21:53:00 | Fedloan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 6758316 | + | EDI: PHINAMERI.COM | | |

| District/off: 0860-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 09, 2022 | Form ID: 309A | Total Noticed: 30 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 10 2022 01:48:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 6758317 | | EDI: JPMORGANCHASE | May 10 2022 01:48:00 | JPMCB Auto Finance, P.O. Box 901003, Fort Worth, TX 76101 |
| 6758318 | + | Email/Text: PBNCNotifications@peritusservices.com | May 09 2022 21:53:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 6758321 | | Email/Text: ClaimsHelp@Mohela.com | May 09 2022 21:53:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 6758320 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2022 21:53:00 | Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 6758393 | + | EDI: RECOVERYCORP.COM | May 10 2022 01:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 6758323 | + | EDI: RMSC.COM | May 10 2022 01:48:00 | Syncb/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 6758324 | + | EDI: RMSC.COM | May 10 2022 01:48:00 | Syncb/Gap, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 6758325 | + | EDI: WTRRNBANK.COM | May 10 2022 01:48:00 | TD Bank USA/Target Credit, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 6758327 | + | Email/Text: loans@truservice.net | May 09 2022 21:53:00 | TruService Community FCU, 11001 Hermitage Road, Little Rock, AR 72211-3805 |
| 6758329 | + | EDI: USAA.COM | May 10 2022 01:48:00 | USAA Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6758309 | | Calvin Jefferson |
| 6758307 | *P++ | ARKANSAS FEDERAL CREDIT UNION, PO BOX 24410, LITTLE ROCK AR 72221-4410, address filed with court:, Arkansas Federal Credit Union, P.O. Box 9, Jacksonville, AR 72076 |
| 6758304 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 6758328 | *+ | TruService Community FCU, 11001 Hermitage Road, Little Rock, AR 72211-3805 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 3 of 3 |
| Date Rcvd: May 09, 2022 | Form ID: 309A | Total Noticed: 30 |

Hamilton M Mitchell
    hamiltonmosesmitchell@gmail.com  hmm@trustesolutions.net

Mickey Lynn Stevens
    on behalf of Debtor Sharon Walker skeltonandstevens@outlook.com  stevensmr82608@notify.bestcase.com

U.S. Trustee (ust)
    USTPRegion13.LR.ECF@usdoj.gov
    Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov

TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Sharon Walker** | Social Security number or ITIN | **xxx–xx–4660** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Arkansas** | Date case filed for chapter **7** | **5/6/22** |
| Case number: | **4:22–bk–11185** | Judge: | **Richard D. Taylor** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Sharon Walker | |
| 2. | **All other names used in the last 8 years** | aka Sharon Bryant | |
| 3. | **Address** | P.O. Box 116<br>Bryant, AR 72089 | |
| 4. | **Debtor's attorney**<br>Name and address | Mickey Lynn Stevens<br>American Bankruptcy Associates PLLC.<br>Skelton & Stevens Legal Group PLLC.<br>2615 N. Prickett Road Suite 2<br>Bryant, AR 72022 | Contact phone 501–481–8923<br><br>Email:  skeltonandstevens@outlook.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Hamilton M Mitchell<br>Chapter 7 Panel Trustee<br>**Teleconf 877–915–4975 code1176945**<br>1204 N. Polk St<br>Little Rock, AR 72205 | Contact phone 501–425–3431<br><br>Email:  hamiltonmosesmitchell@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

Debtor  **Sharon Walker**                                                                                          Case number **4:22–bk–11185**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 W. 2nd Street  Little Rock, AR 72201  OR  35 E. Mountain St. Rm 316  Fayetteville, AR 72701 | Hours open:  8:00 a.m. – 5:00 p.m.  Contact phone: 501–918–5500 or 479–582–9800  Date: 5/9/22 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 6, 2022 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **\*\*\* Valid photo identification and proof of social security number required \*\*\*** | Location:  **341a Telephonic Meeting, (use the Teleconf number, shown in trustee's address above)** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/5/22** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.  **Deadline to object to exemptions in cases converted to Chapter 7:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. \*\*\*\*  \*\*\*\***Filing deadline: See Bankruptcy Rule 1019(2)(B).** |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |