Certificate Number: 17572-ARE-DE-036557656

Bankruptcy Case Number: 22-11185


17572-ARE-DE-036557656

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2022, at 9:18 o'clock PM PDT, Sharon Walker completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: May 18, 2022

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor