IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 4:22-BK-11185 |
| | CHAPTER 7 |
| SHARON WALKER | JUDGE: RICHARD D. TAYLOR |
| AKA SHARON BRYANT, DEBTOR | |
| | |
| FREEDOM MORTGAGE CORPORATION | MOVANT |
| | |
| VS. | |
| | |
| SHARON WALKER | RESPONDENTS |
| AKA SHARON BRYANT, DEBTOR | |
| AND | |
| HAMILTON M. MITCHELL, TRUSTEE | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW FREEDOM MORTGAGE CORPORATION ("Movant") by and through its undersigned attorneys and for its Motion for Relief from the Automatic Stay, herein states and alleges as follows:

1. It is the servicer of the Note and Mortgage originally executed by Sharon K. Walker ("Debtor") on November 1, 2017, securing payment in the principal sum of $209,534.00 to Loandepot.com LLC. The Mortgage covers the real property located at and commonly known as 87 Bentley Circle, Little Rock, AR 72210 (herein, "the Property"), more particularly described as follows:

   LOT 86, PHASE V., BENTLEY COURT SUBDIVISION, LITTLE ROCL, PULASKI COUNTY, ARKANSAS.

2. The account is currently due and owing to Movant for the May 1, 2022 current mortgage payment and those thereafter.

3. As of July 8, 2022, the Mortgage and Note are in default and, in addition to the principal balance due of $177,196.95, Debtor owes interest thereon at the rate of 3.1250% per annum until paid, applicable late charges thereon until paid, and Movant may also be entitled to reasonable attorney's fees of $950.00 and costs of $188.00 as set forth in the Mortgage. Through August 8, 2022, the payoff amount is $179,188.98.

4. Debtor has defaulted in making payments which have come due since this case was filed. As of July 8, 2022, and as set forth herein, Debtor is contractually due for two (2) payments of $1,280.99 (May 2022 – June 2022) and one (1) payment of $1,282.63 (July 2022) totaling $3,844.61 in mortgage arrears. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's Schedules list the fair market of said property at $182,650.00.

5. Debtor has little to no equity in the Property for the benefit of unsecured creditors.

6. Movant is not adequately protected.

7. Movant continues to be injured each day it remains bound by the Automatic Stay.

8. The Property is not necessary for the Debtor's reorganization.

9. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

10. Movant would affirmatively allege that it is entitled to relief from the automatic stay pursuant to 11 U.S.C § 1301(d)(1), and that cause exists, due to failure of Debtor to provide adequate protection payments of Movant's interest in the Property. Debtor is unable to demonstrate any reasonable likelihood that Debtor will be able to make payments to Movant as required to prevent the collateral from deteriorating. Therefore, the Court should grant Movant relief from the automatic stay to enable Movant to foreclose against and liquidate the real

property and, if appropriate, to file an unsecured claim in this Chapter 7 proceeding.

11. Movant requests that the Order granting relief from the stay confirm that the provisions of Rule 3002.1 will no longer apply as the plan no longer provides for treatment of Movant's claims under 11 U.S.C. §1322(b)(5).

12. IMPORTANT NOTICE: Freedom Mortgage Corporation ("Freedom") is firmly committed to helping its borrowers who are experiencing a hardship. Depending on the circumstances of your case, Freedom may be amenable to consensual resolution of this matter, with Court approval. Potential options for resolution may include, among other things, temporary forbearance of payments, payment restructuring and/or adjustment of your payment amount. If you (or, if applicable, any co-debtors) have experienced a hardship, please contact us (or have your counsel contact us, if you are represented) promptly to discuss possible options.

13. Movant requests that it be permitted to offer and provide Debtor with regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court.

14. Movant waives the 30-day hearing requirement set out in 11 U.S.C. §362(e) and consents to the continuation of the automatic stay until a hearing can be held. Movant requests that the Court set this matter for hearing on the next regularly scheduled divisional day.

WHEREFORE, PREMISES CONSIDERED, MOVANT prays that it be granted relief from the automatic stay; that it be allowed to initiate foreclosure proceedings against the Property; that in the event relief is not granted, the Court enter an order for the Debtor to strictly comply with the terms of the Note and Mortgage; for its costs and attorney's fees herein, and for all other just and proper relief.

*/s/Toni Townsend*
Toni Townsend, AR BAR NO. 2020267
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(312) 346-9088 X5174
(312) 346-6146
Toni.Townsend@mccalla.com

## **CERTIFICATE OF SERVICE**

      I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

      That on the date below, I served a copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Sharon Walker
P.O. Box 116
Bryant, AR 72089
Debtor

Mickey Lynn Stevens                        *(served via ECF notification)*
American Bankruptcy Associates PLLC.
Skelton & Stevens Legal Group PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022

Hamilton M Mitchell                        *(served via ECF notification)*
Chapter 7 Panel Trustee
Teleconf 877-915-4975 code1176945
1204 N. Polk St
Little Rock, AR 72205

U.S. Trustee (ust)                             *(served via ECF notification)*
Office of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   07/26/2022    By:   /s/Toni Townsend
                        (date)                  Toni Townsend AR BAR NO. 2020267
                                                    Attorney for Movant