## Notice Recipients

District/Off: 0860–4     User: admin     Date Created: 8/31/2022
Case: 4:22–bk–11185     Form ID: pdf01Ac     Total: 4

**Recipients of Notice of Electronic Filing:**
tr     Hamilton M Mitchell     hamiltonmosesmitchell@gmail.com
aty     Mickey Lynn Stevens     skeltonandstevens@outlook.com
aty     Toni Townsend     toni.townsend@mccalla.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sharon Walker     P.O. Box 116     Bryant, AR 72089

TOTAL: 1